IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02710-BNB

THOMAS JOHN BEYLIK,

Applicant,

v.

AL ESTEP, Warden,
FREMONT CORRECTIONAL FACILITY,
DAVID L. MICHAUD,
CURTIS W. DEVIN, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 11 2008

GREGORY C. LANGHAM
CLERK

---

ORDER CONSTRUING ACTION AS A 28 U.S.C. § 2241 APPLICATION AND
DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant, Thomas John Beylik, is in the custody of the Colorado Department of Corrections and currently is held at the Fremont Correctional Facility at Cañon City, Colorado. On December 21, 2007, Mr. Beylik submitted to the Court a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. Upon review of the Application, the Court finds that Mr. Beylik is challenging the denial of his parole. Therefore, the Court will construe the action as filed pursuant to 28 U.S.C. § 2241 and direct Applicant to amend the Application and to file his challenges to the execution of his sentence on a § 2241 Court-approved application form. He further is directed to complete the form in full.

Mr. Beylik also should take note that pursuant to 28 U.S.C. § 2243 an application for writ of habeas corpus is directed to the person who has custody of the person

detained. The only correct respondent in this action would be the custodian of the facility where Mr. Beylik is incarcerated. Therefore, Applicant is instructed to name only as Respondent in the Amended Application the custodian of the facility where he is incarcerated. Accordingly, it is

ORDERED that the action is construed as filed pursuant to 28 U.S.C. § 2241. The Clerk of the Court is directed to change the nature of the case in the Docket. It is

FURTHER ORDERED that Mr. Beylik file, **within thirty days from the date of this Order**, an Amended Application that complies with the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Beylik, together with a copy of this Order, two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 Court-approved form. It is

FURTHER ORDERED that if Mr. Beylik fails within the time allowed to file an Amended Application, as directed, the Application will be denied, and the action will be dismissed without further notice. It is

FURTHER ORDERED that the Plaintiff's "Request to Amend Court Document," Doc. No. 6), filed January 7, 2008, is DENIED as moot.

DATED February 11, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02710-BNB

Thomas John Beylik
Prisoner No. 127387
FCF - Unit 1-B-208
PO Box 999
Cañon City, CO 81215- 0999

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 2/11/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk