IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02710-WYD

THOMAS JOHN BEYLIK,

    Applicant,

v.

AL ESTEP, Warden,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Applicant filed a Petition to Dismiss Case, (Doc. No. 26), on May 6, 2008. He also filed a pleading titled "Entry of Subpoena Duces Tecum Ex Parte," (Doc. No. 24), on April 30, 2008. Both filings are **DENIED** as unnecessary.

    Dated: May 13, 2008