IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02710-WYD

THOMAS JOHN BEYLIK,

    Applicant,

v.

AL ESTEP, Warden,

    Respondent.

## ORDER DENYING PETITION

This matter is before the Court on the ***pro se*** pleading titled "Petition for Emergency Constitutional Relief Letter to the Judge for Assistant Special, 'Ex Parte,' " submitted to the Court on September 15, 2008, by Applicant Thomas John Beylik.

Mr. Beylik initiated the instant action pursuant to 28 U.S.C. § 2254. The Court reviewed his claims and determined that he was challenging the denial of his parole. The Court, therefore, construed the action as filed pursuant to 28 U.S.C. § 2241 and instructed Mr. Beylik to submit his claims on a proper Court-approved form used in filing § 2241 actions. When Applicant filed his claims on the correct form, the action was drawn to a district judge.

On April 14, 2008, Respondent was directed to file an Answer, which he did on April 30, 2008. Mr. Beylik then filed an Objection to the Answer on May 19, 2008. Mr. Beylik, nonetheless, also has filed at least ten separate pleadings besides the Objection. The ten pleadings are both uncomprehensible and unrelated, for the most part, to Mr. Beylik's denial of parole claim. I, therefore, instruct Mr. Beylik to refrain from

filing any further pleadings in the instant action that do not address the denial of his parole. Any future pleadings that are not related to his denial of parole claim will be stricken.

The latest pleading, the Petition filed on September 15, 2008, addresses claims that are not properly raised in a 28 U.S.C. § 2241 action. Mr. Beylik raises claims regarding the validity of his conviction and sentence and the conditions of his confinement. Challenges to the validity of a conviction and sentence are raised in 28 U.S.C. § 2254 actions and challenges to conditions of confinement are raised in 42 U.S.C. § 1983 actions. Mr. Beylik's Petition for Emergency Constitutional Relief, therefore, fails to address the claims at issue in this action and will be denied.

I further note that in the caption of Mr. Beylik's September 15, 2008, Petition he refers to the term "Ex Parte." I also note that he has not submitted a certificate of service, in keeping with Rule 5.1.F. of the Local Rules of Practice for the United States District Court for the District of Colorado, certifying that he sent a copy of the September 15 Petition to Respondent. To the extent Mr. Beylik has not sent a copy of the September 15, 2008, Petition to Respondent, and he intends for the pleading to be reviewed only by me, he is in noncompliance with Rule 77.2 of the Local Rules of Practice for the United States District Court for the District of Colorado, which requires that he serve copies of his pleadings on all other parties to the action. Mr. Beylik also is instructed that **ex parte communication with judicial officers is not allowed**. Accordingly, it is

ORDERED that the pleading titled "Petition for Emergency Constitutional Relief Letter to the Judge for Assistant Special, 'Ex Parte'," submitted to the Court on September 15, 2008, by Mr. Beylik is **DENIED** for the reasons stated above. It is

FURTHER ORDERED that Mr. Beylik shall refrain from filing any further unnecessary, uncomprehensible, or ex parte pleadings in the instant action or the filings will be stricken.

Dated: October 7, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge