IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02710-WYD

THOMAS JOHN BEYLIK,

    Applicant,

v.

AL ESTEP, Warden,

    Respondent.

---

**ORDER STRIKING NOTICE OF FACTS AND INJURIES**

---

This matter is before the Court on the *pro se* pleading titled "Notice of Facts and Injuries," submitted to the Court on October 14, 2008, by Applicant Thomas John Beylik.

Mr. Beylik initiated the instant action pursuant to 28 U.S.C. § 2254. The Court reviewed his claims and determined that he was challenging the denial of his parole. The Court, therefore, construed the action as filed pursuant to 28 U.S.C. § 2241 and instructed Mr. Beylik to submit his claims on a proper Court-approved form used in filing § 2241 actions. When Applicant filed his claims on the correct form, the action was drawn to a district judge.

On April 14, 2008, Respondent was directed to file an Answer, which he did on April 30, 2008. Mr. Beylik then filed an Objection to the Answer on May 19, 2008. Mr. Beylik, nonetheless, also has filed at least eleven separate pleadings besides the Objection. The pleadings are both uncomprehensible and unrelated, for the most part, to Mr. Beylik's denial of parole claim. On October 7, 2008, I entered an order instructing Mr. Beylik to refrain from filing any further pleadings in the instant action that do not

address the denial of his parole. I further instructed Mr. Beylik that any future pleadings that are not related to his denial of parole claim would be stricken.

The latest pleading, filed on October 14, 2008, addresses claims that are not properly raised in a 28 U.S.C. § 2241 action. Mr. Beylik raises claims regarding the conditions of his confinement. As I informed Mr. Beylik in the October 7, 2008, Order, challenges to conditions of confinement are raised in 42 U.S.C. § 1983 actions. Mr. Beylik's Notice of Facts and Injuries, therefore, fails to address the claims at issue in this action and will be stricken. Accordingly, it is

ORDERED that the pleading titled "Notice of Facts and Injuries," submitted to the Court on October 14, 2008, by Mr. Beylik, is **STRICKEN**. It is

FURTHER ORDERED that Mr. Beylik shall refrain from filing any further unnecessary, uncomprehensible, or ex parte pleadings in the instant action or he may be subjected to additional sanctions.

Dated: October 27, 2008

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge