IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02710-WYD

THOMAS JOHN BEYLIK,

    Applicant,

v.

AL ESTEP, Warden,

    Respondent.

## ORDER STRIKING PLEADINGS

This matter is before the Court on several **pro se** pleading filed by Petitioner including the "Interpleader Order for Injunction Under 28§2361 Plaintiffs [sic] Advisory of Complaint and Request for Restraint," filed January 26, 2009 [#46] and the "Plaintiffs [sic] Advisory Denial of Parole," filed February 11, 2009 [#48]. On October 7, 2008, I Ordered Petitioner to refrain from filing any further pleadings in the instant action that do not address the denial of his parole, and that any future pleadings that are not related to his denial of parole claim will be stricken. The two pleadings referenced above are primarily unrelated to the relief sought in the instant action; they address Petitioner's conditions of confinement and request relief not properly raised in a 28 U.S.C. § 2241 action. To the extent Petitioner requests that his wife be added as a Co-Petitioner in this action, that request is inappropriate and is denied. Therefore, it is hereby

ORDERED the Petitioner's "Interpleader Order for Injunction Under 28§2361 Plaintiffs [sic] Advisory of Complaint and Request for Restraint," filed January 26, 2009 [#46] and the "Plaintiffs [sic] Advisory Denial of Parole," filed February 11, 2009 [#48]

are **STRICKEN** in accordance with this Court's October 7, 2008 Order.

Dated: February 17, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge